# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL JOSEPH DENNISON, <br><br> Defendant. | No. 18-CR-1015-CJW <br><br> **ORDER** |

On February 13, 2019, this matter came on for a detention hearing on Petition to Revoke Supervision (Doc. 38), and a hearing on the Government's request to have defendant detained pending a revocation hearing before Judge C.J. Williams on February 19, 2019. The Government was represented by Assistant United States Attorney Justin Lightfoot. Defendant appeared personally and was represented by his attorney, Cory Goldensoph.

For the reasons stated by the Court on the record at the time of hearing, the Court: (1) **finds probable cause** to believe defendant violated the conditions of release by engaging in violations including: Failure to Comply with Residential Reentry Center Rules; and (2) **grants** the government's request for detention, finding the defendant failed to carry his burden of proving by clear and convincing evidence that he does not pose a danger to the community.

Defendant shall be detained and remain in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for February 19, 2019, before Judge C.J. Williams.

**IT IS SO ORDERED** this 13th day of February, 2019.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa